Pro Se 14 (INND Rev. 2/20)    page 1

-FILED-

FEB 10 2023

At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Garrett Wittenburg ,
[You are the PLAINTIFF, print your full name on this line.]

v.

Warden (Unknown) 2021 ,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  2:23-cv-54
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Unknown Unknown facility Refuse to give me this | Unknown information |
| 2 | [Put the names of any other defendants in these boxes.] Unknown Unknown | Unknown |
| 3 | Unknown Unknown | Unknown |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 14

2. What is the name and address of your prison or jail? Lake County Jail 2293 N. Main St. Crown Point, IN 46307

3. Did the event you are suing about happen there? ● Yes. ○ No, it happened at: _____

4. On what date did this event occur? December 4, 2021

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

1) WARDEN - FAILURE TO PROPERLY HANDLE THIS MATTER AND HOLDING STAFF ACCOUNTABLE

2) TERRICONNE PETERSON - FOR SEXUALLY VIOLATING ME AND POSSIBLY RECIEVING COMPENSATION FOR IT OFF OF THE INTERNET.

3) JOHNNIE LUELLIN ASSAULTING ME PHYSICALLY AND POSSIBLY RECIEVING COMPENSATION FROM THE INTERNET

4) TYRELESE COUTURE - SEXUALLY ASSAULTING ME AND POSSIBLY RECIEVING FUNDS FROM IT. OFF OF THE INTERNET

5) MARK RICHARD NOVAC - SEXUALLY ASSAULTING ME AND POSSIBLY RECIEVING COMPENSATION FOR OFF OF THE INTERNET

CORRECTIONAL OFFICER UNKNOWN 3 TO 11 SHIFT (3S F TIER) DECEMBER 4, 2021 FAILURE TO PROTECT ME AND POSSIBLY RECIEVING COMPENSATION FROM THE INTERNET FOR IT

CORRECTIONAL OFFICER UNKNOWN 3 TO 11 SHIFT (3S F TIER) DECEMBER 4, 2021 FAILURE TO PROTECT ME AND POSSIBLY RECIEVING COMPENSATION FROM THE INTERNET FOR IT.

NURSE UNKNOWN 3 TO 11 SHIFT (3S F TIER) DECEMBER 4, 2021 FOR DRUGGING ME.

DETECTIVE UNKNOWN FOR NOT TAKING MY SITUATION SERIOUS

DOCTOR OR NURSE PRACTIONER UNKNOWN - FOR NOT GIVING ME PROPER MEDICAL ATTENTION

DISCIPLINARY OFFICER UNKNOWN DECEMBER 4, 2021 FOR NOT ACTING ON THIS INCIDA NO WRITE UPS.

HEAD OF CLASSIFICATIONS UNKNOWN DECEMBER 4, 2021 - FOR STILL ALLOW THE INMATES WHO SEXUALLY VIOLATED ME TO STILL BE ON THE SAME TIER AS ME AFTER THAT

Telmate - for uplifting my face recognition so detainee could go through my info

Touch Pay Direct December 4, 2021 for freezing my account for no reason

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. November 22, 2021 After eating my lunch tray on VA-Pod 111 Quarantine Tier Range (1 hour) was ran, they had the clipper (hair) that day I notice I was real sleepy Terrieonne Peterson ask me did I want him to let him line me up which I complied upon being lined up I had doze off only to wake up to fine my face wet and Terrieonne Peterson and a other individual laughing. Terrieonne Peterson states I had fail a sleep I didn't think nothing of it. (I can't remember was it the day before this incident or after but I spoke to the mother of my child mother and she stated somebody from this facility call her house but had the wrong number. I later recently had find out they uplift the face recognition on this telmate with the assistance of Correctional Officer. I had Terrieonne Peterson show me how to except the video visit and Im assuming that when he got my mother of my child info. To my understanding there was no tablets and we can only go to store for cosmetic because everybody was new to the facility. After I remember what happen

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

5. When did this event happen?
   ◯ Before I was confined.
   ◉ While I was confined awaiting trial.
   ◯ After I was convicted while confined serving the sentence.
   ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   ◉ No.
   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ◯ No, this event is not grievable at this prison or jail.
   ◯ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ◉ Yes, this event was grievable, but I did not file a grievance because I was drugged, literally my head was put in the toilet till my heart stop when I came about and the facility realize I didn't remember anything the facility tried to cover it up

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Whatever compensation the judge feel I should have I'm fine with that, but more importantly then any compensation that all parties and staff in this incident be held accountable to the fullest extent any every infraction in this facility be fixed to prevent this from happening again and all funds be confiscated arised from this incident and if theres a contract terminate it.

[Initial Each Statement]
GW   I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
GW   I will keep a copy of this complaint for my records.
GW   I will promptly notify the court of any change of address.
GW   I WILL NOT send more than one copy of any filing to the court.
____ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
GW   I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 2 / 7 /20 23 at 8:30 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____                          210974
Signature                                                Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]