UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

GARRETT WHITTENBURG,

  Plaintiff,

  v.  Cause No. 2:23-CV-54-PPS-JEM

WARDEN, *et al.*,

  Defendants.

## ORDER

Garrett Whittenburg, a prisoner without a lawyer, filed a document asking to voluntarily dismiss his case. [DE 33.] A plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Here, the defendants have not yet been served. Whittenburg requests that this case be dismissed because he "would not like to pursue further legal matters [per]taining to this issue." [DE 33.]

Accordingly, the Court **APPROVES** the request contained within the notice [DE33]. The complaint is **DISMISSED WITHOUT PREJUDICE**, without costs to any party, and the Clerk is **DIRECTED** to close this case.

**SO ORDERED**.

ENTERED: June 15, 2023.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT